

# LAW OFFICES OF
# STEVEN B. WITMAN

*Steven B. Witman, APLC*
*switman@witmanlaw.com*

209 Highway 22 West, Suite G
P.O. Box 1148 • Madisonville, Louisiana 70447
Telephone: (985) 792-5220 • Facsimile: (985) 792-4889

May 28, 2019

**VIA E-MAIL ONLY**
Owen M. Courrèges, Esq.
Attorney at Law
1450 Josephine Street
New Orleans, LA 70130

    Re:    **Ernestine Bolin and Robert Bolin vs.**
             **Lowe's Home Centers, L.L.C. d/b/a Lowe's**
             **and Stanley Access Technologies, L.L.C. d/b/a**
             **Stanley Black & Decker**
             **24th JDC Case No. 794-455, Div. "D"**

Dear Owen:

    I confirm that plaintiffs have granted an informal extension of time of thirty (30) days to file responsive pleadings to my client Stanley Access Technologies LLC, improperly named as Stanley Access Technologies, L.L.C. d/b/a Stanley Black & Decker.

    Please advise in writing that plaintiffs certify that the amount in controversy is less than $75,000.00. Let me know if plaintiffs refuse to certify to same; or, if plaintiffs do not respond to this request prior to June 7, 2019, a Notice of Removal will be filed in the United States District Court for the Eastern District of Louisiana.

    With kindest regards, I am

                                 Very truly yours,

                                 STEVEN B. WITMAN

SBW/mms
cc:    Sarah M. Kalis, Esq. - *Via E-mail Only*

**EXHIBIT A**