

# Notice of Service of Process

**null / ALL**
**Transmittal Number: 19805646**
**Date Processed: 05/15/2019**

| | |
|---|---|
| **Primary Contact:** | Cathleen Buchanan<br>Stanley Black & Decker, Inc.<br>701 E Joppa Rd<br>Towson, MD 21286-5559 |
| **Entity:** | Stanley Access Technologies LLC<br>Entity ID Number  3423843 |
| **Entity Served:** | Stanley Access Technologies LLC |
| **Title of Action:** | Ernestine Bolin vs. Lowe's Home Centers, L.L.C. d/b/a Lowe's |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Jefferson Parish District Court, LA |
| **Case/Reference No:** | 794-455 D |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 05/13/2019 |
| **Answer or Appearance Due:** | 15 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Owen M. Courreges<br>504-304-7916 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

(101) CITATION: PETITION FOR DAMAGES/VERIFICATION;  190424-6794-4

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

ERNESTINE BOLIN, ROBERT BOLIN
versus
LOWES HOME CENTERS LLC, LOWES, STANLEY ACCESS TECHNOLOGIES LLC, STANLEY BLACK AND DECKER

Case: 794-455  Div: "D"
P 1 ERNESTINE BOLIN

To: STANLEY ACCESS TECHNOLOGIES LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS;
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE LA 70802

ck 133/66.72

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/VERIFICATION of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN 15 CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney OWEN M. COURREGES and was issued by the Clerk of Court on the 24th day of April, 2019.

/s/ Edna M Golsby
Edna M Golsby, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES/VERIFICATION;  190424-6794-4

Received:_____ Served:_____ Returned:_____

Service was made:
___ Personal    ___ Domicilary _____

Unable to serve:
___ Not at this address    ___ Numerous attempts _____ times
___ Vacant                 ___ Received too late to serve
___ Moved                  ___ No longer works at this address
___ No such address        ___ Need apartment / building number
___ Other _____

Service: $_____  Mileage: $_____  Total: $_____
Completed by:_____ # _____
             Deputy Sheriff
Parish of: _____

FILED FOR RECORD 04/22/2019 16:02:54
Michelle S. Bruner, DY CLERK
JEFFERSON PARISH, LA 335

490.00
, 66.72

## 24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON
## STATE OF LOUISIANA

DOCKET NO. 794-455                                              DIVISION D

**ERNESTINE BOLIN and ROBERT BOLIN,**
**Plaintiffs.**

**versus**

**LOWE'S HOME CENTERS, L.L.C d/b/a LOWE'S and**
**STANLEY ACCESS TECHNOLOGIES, L.L.C., d/b/a STANLEY BLACK & DECKER,**
**Defendants.**

FILED: _____

                                                               **CLERK**

### PETITION FOR DAMAGES

Ernestine Bolin ("Ms. Bolin") and Robert "Bob" Bolin ("Mr. Bolin"), both majors and resident of the Parish of Orleans, State of Louisiana, respectfully represents as follows:

**I.**

Made Defendants herein are:

1) LOWE'S HOME CENTERS, L.L.C. d/b/a Lowe's ("Lowe's"), a foreign corporation doing business in Louisiana with its principal place of business in Wilkesboro, North Carolina.

2) STANLEY ACCESS TECHNOLOGIES, L.L.C. d/b/a Stanley Black & Decker ("Stanley"), a foreign corporation doing business in Louisiana with its principal place of business in New Britain, Connecticut.

(*in globo*, "Defendants").

**II.**

Defendant Lowe's is the owner of a chain of home improvement stores with locations throughout the United States and the State of Louisiana, including the Lowe's of Jefferson Highway, LA – Store #1877, located at 121 Jefferson Hwy, Jefferson, Louisiana 70121 ("Lowe's of Jefferson Highway").

**III.**

Defendant Stanley is a corporation that manufacturers, installs, and services various automatic doors for a wide variety of applications. On information and belief, Stanley manufactured, installed, and/or serviced the automatic doors present at Lowe's of Jefferson Highway as of the date of the incident complained of herein.

IV.

On the afternoon of April 28, 2018, Ms. Bolin entered the Lowe's of Jefferson Highway with her adult son, Mr. Bolin. As Mr. Bolin shopped in the Garden Center, Ms. Bolin sat down near the entrance to the Garden Center at an outdoor furniture display. The Garden Center is an outdoor area on the east side of the building that is accessible via a set of automatic doors towards the front of the store.

V.

After sitting briefly, Ms. Bolin got up and began walking over to Mr. Bolin to meet him in the outdoor Garden Center. Ms. Bolin is elderly and walks at a slow pace. As Ms. Bolin walked slowly through the open automatic doors, the doors closed on her. Ms. Bolin recalls that the left door struck her on her left side, causing her to turn to her right and fall. Her head struck a bollard adjacent to the doorway as she fell, causing a large gash on her head.

VI.

Ms. Bolin struck the concrete floor just inside the Garden Center, falling hard on her right hip. She was dazed and possibly rendered briefly unconscious. Mr. Bolin saw the accident occur and rushed over to assist her. A number of employees of Lowe's also approached. It was determined that Ms. Bolin was seriously injured and could not be moved.

VII.

An ambulance was called to the scene and transported Ms. Bolin to the emergency room. The accident caused the femoral neck on Ms. Bolin's right hip to break, requiring a surgical replacement. The gash on her head required several stitches.

VIII.

On information and belief, Lowe's, as the owner or lessee of the property where the accident occurred, was responsible for the operation and maintenance of the automatic doors where Ms. Bolin fell.



JON A. GEGENHEIMER  04/24/2019 12:41:48 CERTIFIED TRUE COPY - Pg:2 of 5 - Jefferson Parish Clerk of Court - ID:1952569

#### IX.

Alternatively, and also on information and belief, Stanley was responsible for the manufacture, installation, and maintenance of the automatic doors where Ms. Bolin fell.

#### X.

The accident and resulting injuries occurred as a result of and were proximately caused by the careless, negligent, and/or reckless conduct of Lowe's, which consisted of the following nonexclusive particulars:

a. Failing to properly supervise the store areas in question so as to furnish patrons walking surfaces and entryways/exits that were free from hazards which were recognized or should have been recognized by the Defendant, Lowe's, as causing or likely to cause the serious physical harm to patrons;

b. Failing to properly inspect the automatic doors to the Garden Center and immediate vicinity wherein the Plaintiff was caused to fall;

c. Failing to maintain the premises in good and safe condition for Ms. Bolin and others, free from unreasonable hazards that posed a foreseeable risk of causing injury;

d. Specifically, in failing to properly maintain, install, and/or service the automatic doors where the accident occurred and in failing to ensure their safe operation;

e. Failing to properly warn patrons of hazards posing a foreseeable risk of causing serious injury;

f. Failing to properly design the doorway, particularly with respect to the placement of the bollard that Ms. Bolin collided with;

g. Failing otherwise to comply with the applicable laws and regulations of the State of Louisiana and the applicable Federal laws and regulations;

h. Otherwise failing to exercise the degree of care required under the circumstances; and;

i. Otherwise being negligent.

#### XI.

Alternatively, and/or in addition to the liability of Lowe's, the accident and resulting injuries occurred as a result of and were proximately caused by the careless, negligent, and/or reckless conduct of Stanley, which consisted of the following nonexclusive particulars:

a. Failing to take reasonable care in developing, designing, manufacturing, testing, selling, and/or marketing the automatic door where the fall occurred, free from defects and safe for its intended use;



3

    b.    Failing to adequately warn Lowe's, other individuals, the public, and foreseeable users of foreseeable dangers related to the use of its automatic doors;

    c.    Failing to properly maintain, install, and/or service the automatic doors where the fall occurred in order to ensure their safe operation;

    d.    Specifically, in failing to ensure that the automatic doors where the fall occurred would not close while users were standing in the doorway;

    e.    Failing otherwise to comply with the applicable laws and regulations of the State of Louisiana and the applicable Federal laws and regulations;

    f.    Otherwise failing to exercise the degree of care required under the circumstances; and;

    g.    Otherwise being negligent.

### IX.

As a result of the Defendants' negligence, Ms. Bolin has suffered several separate, but related categories of damages directly caused by the injuries, including, but not limited to: 1) personal injury; 2) pain and suffering; 3) emotional trauma; and, 4) loss of enjoyment of life. Ms. Bolin has suffered special damages in connection with her injuries including, but not limited to, medical expenses, and the costs of further medical treatment.

### X.

As a result of the Defendants' negligence, Mr. Bolin has suffered a loss of consortium and serious mental anguish from seeing his mother suffer severe injury.

**WHEREFORE**, Plaintiffs, Ernestine Bolin and Robert "Bob" Bolin, pray that judgment be rendered in their favor and against the Defendants, Lowe's Home Centers, L.L.C., and Stanley Access Technologies, L.L.C., for all items of damages in the full amount, including interest from the date of judicial demand, damages for loss of enjoyment of life, damages for loss of consortium, all medical expenses, expert fees, costs, penalties and other items of damages, together with interest thereon, and for all other appropriate legal and equitable relief.

[*Signature line follows*]



By: Respectfully submitted on this ____ day of April, 2019,
Owen M. Courrèges, Attorney at Law

_____
OWEN M. COURRÈGES, Bar Roll No. 31113
1450 Josephine Street
New Orleans, LA 70130
Tel: (504) 304-7916
Email: owen@courregeslaw.com

Attorney for Ernestine and Robert Bolin.

**PLEASE SERVE:**
Lowe's Home Centers, L.L.C.
*through its registered agent for service of process,*
Corporation Service Company     EBR 66.72  chk# 133
501 Louisiana Avenue
Baton Rouge, LA 70802

Stanley Access Technologies, L.L.C.
*through its registered agent for service of process,*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802



5

04/24/2019 12:41:48 CERTIFIED TRUE COPY - Pg:5 of 5 - Jefferson Parish Clerk of Court - ID:1952569

FILED FOR RECORD 04/22/2019 16:06:23
Michelle S. Bruner, DY CLERK
JEFFERSON PARISH, LA 762

## 24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON
## STATE OF LOUISIANA

DOCKET NO. 794-455     DIVISION D

**ERNESTINE BOLIN and ROBERT BOLIN,**
Plaintiffs.

versus

**LOWE'S HOME CENTERS, L.L.C d/b/a LOWE'S and STANLEY ACCESS TECHNOLOGIES, L.L.C., d/b/a STANLEY BLACK & DECKER,**
Defendants.

FILED:_____
CLERK

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

### VERIFICATION

BEFORE ME, the undersigned Notary Public, duly commissioned and legally qualified in and for the Parish and State aforesaid, personally came and appeared ERNESTINE BOLIN and ROBERT BOLIN who, first being duly sworn, did depose and say that:

1. They are the Petitioners in the above and foregoing proceedings;
2. They have read the same; and
3. All of the allegations of fact contained therein are true and correct, to the best of their knowledge, information and belief.

_____
ERNESTINE BOLIN

_____
ROBERT BOLIN

SWORN TO AND SUBCRIBED before me this 20th day of April, 2019.

_____
NOTARY PUBLIC

OWEN M. COURRÈGES
Notary Public, State of Louisiana
Comm. No. 136061, Bar No. 31113
My commission expires at death



6



04/24/2019 12:41:48 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:1952569
JON A. GEGENHEIMER