**24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

NO.: 794-455                                                               DIVISION: "D"

**ERNESTINE BOLIN and ROBERT BOLIN**
**Plaintiffs**

versus

**LOWE'S HOME CENTERS, L.L.C. d/b/a LOWE'S and**
**STANLEY ACCESS TECHNOLOGIES, L.L.C., d/b/a STANLEY BLACK & DECKER**
**Defendants**

FILED: _____         _____
                                                                  DEPUTY CLERK

### NOTICE OF FILING NOTICE OF REMOVAL

TO:   PLAINTIFFS ERNESTINE BOLIN AND ROBERT BOLIN
        Through their attorney of record:
        Owen M. Courreges, Esq.
        Attorney at Law
        1450 Josephine Street
        New Orleans, LA 70130

PLEASE TAKE NOTICE, that defendants, Stanley Access Technologies LLC, improperly named as Stanley Access Technologies, L.L.C., d/b/a Stanley Black & Decker, pursuant to 28 U.S.C. § 1441; on the 12th day of June, 2019, filed in the United States District Court for the Eastern District of Louisiana, a Notice of Removal of the above-captioned case from the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana. A copy of the Notice of Removal is attached.

Respectfully submitted,

LAW OFFICES OF STEVEN B. WITMAN

_____
STEVEN B. WITMAN (#13621)
209 Highway 22 West, Suite G
P. O. Box 1148
Madisonville, LA 70447
Telephone: (985) 792-5220
Facsimile:  (985) 792-4889
E-mail:  switman@witmanlaw.com
*Attorney for Defendant, Stanley Access Technologies LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on counsel of record for all parties via E-mail, and/or facsimile, and/or by depositing same, postage prepaid and properly addressed, in the United States Mail this 12th day of June, 2019.

_____
STEVEN B. WITMAN